No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the felony offense of driving while intoxicated; the punishment, 6 months in jail and a fine of $250.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for assault with intent to murder without malice; the punishment, one year's confinement in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.

Henry Glen AKARD, Appellant,

v.

The STATE of Texas, Appellee.

No. 27431.

Court of Criminal Appeals of Texas.

Feb. 16, 1955.

Ysidoro CASTILLYA, Appellant,

v.

The STATE of Texas, Appellee.

No. 27420.

Court of Criminal Appeals of Texas.

Feb. 16, 1955.

